UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AGRIZAP, INC.,

    Plaintiff,

v.

WOODSTREAM CORP., et al.,

    Defendants.

Civil Action No. 04-CV-03925-RK

**REPORT OF THE PARTIES' PLANNING CONFERENCE AND PROPOSED PRETRIAL SCHEDULE**

1. Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties identified below conferred on the matters contained herein and propose the following schedule:

    Kate M. Neiswender, counsel for Plaintiff Agrizap, Inc.

    Philip L. O'Neill, counsel for Defendant Woodstream Corp.

2. The parties will exchange Initial Disclosures provided under Fed. R. Civ. 26(a) by no later than **February 10, 2005**. The parties will serve initial sets of interrogatories and document requests by no later than **February 25, 2005**. The parties agree to increase the number of permitted interrogatories to **forty (40)** per side including all subparts.

3. The parties shall have until **April 15, 2005** to join any additional parties and/ or to amend the pleadings.

4. Fact discovery shall be commenced in time to be completed by **August 26, 2005**.

5.	The parties shall designate all expert witnesses by **July 29, 2005**. Reports from retained experts under Fed. R. Civ. 26(a)(2) shall be served by **September 16, 2005**. Any responsive experts reports shall be served by **October 28, 2005**. Expert discovery shall close by **December 19, 2005**.

6.	The parties' Opening Briefs Regarding Markman Claim Interpretation shall be filed and served by **January 14, 2006**. The parties' Reply Briefs Regarding Markman Claim Interpretation shall be filed and served by **February 10, 2006**. A Hearing on Markman Claim Interpretation, if any, will be set by the Court after briefing is concluded.

7.	Dispositive motions shall be filed and served by no later than thirty (30) days after issuance date of the Court's ruling upon Claim Interpretation. Nothing herein shall preclude a party from filing a dispositive motion on any issue or claim, including Claim Interpretation, prior to any deadline or schedule herein for submission of briefs.

8.	Trial of this case is expected to take approximately **four (4)** days.

9.	The Court will schedule a final pretrial conference at a later time.

10.	Although there have been no settlement discussions to date, the parties stand ready to participate in good faith in reasonable efforts to resolve this case, including court-sponsored mediation.

Respectfully submitted,

_____  
Kate M. Neiswender  
LAW OFFICES OF K.M. NEISWENDER  
P.O. Box 24617  
Ventura, CA 93002  
Tel.: (805) 649-5575  
Fax: (805) 649-8188  

_____  
Philip L. O'Neill  
JACOBSON HOLMAN PLLC  
400 Seventh St., N.W.  
Washington, D.C. 20004-2218  
Tel.: (202) 638-6666  
Fax: (202) 393-5350

Attorney for Plaintiff

                            Theodore H. Jobes
                            (P.A. Attorney I.D. No. 62165)
                            FOX ROTHSCHILD LLP
                            2000 Market Street, Tenth Floor
                            Philadelphia, PA 19103-3291
                            Tel.: (215) 299-2090
                            Fax: (215) 299-2150

                            Attorneys for Defendant