IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGRIZAP, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WOODSTREAM CORP., et al. | : | NO. 04-3925 |

**O R D E R**

**AND NOW**, this 14th day of February, 2005, the proposed Pre-Trial Schedule submitted by the parties, and attached hereto, has been reviewed by the Court and is hereby adopted by the Court as the Scheduling Order in the above-captioned case.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE