UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AGRIZAP, INC., a California Corporation**<br>**Plaintiff**<br>**vs.**<br>**WOODSTREAM CORPORATION, a Pennsylvania corporation, doing business as VICTOR PEST CONTROL, and DOES 1 through 50, inclusive,**<br>**Defendant** | **CIVIL ACTION**<br>**NO.: 04-cv-03925-RK** |

Plaintiff and Cross-Defendant AGRIZAP, INC. (hereinafter "Agrizap") hereby answers the Counterclaim filed by Defendant and Counter claimant Woodstream Corporation, and expressly states that if any allegation of any paragraph of the Counterclaim is not specifically admitted or otherwise responded to it is denied:

**ANSWER TO COUNTERCLAIM**

1. Agrizap admits the allegations set forth in Paragraph 1 of the Counterclaim.

2. Agrizap admits the allegations set forth in Paragraph 2 of the Counterclaim.

3. Agrizap admits the allegations set forth in Paragraph 3 of the Counterclaim.

4. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 4 of the Counterclaim.

5. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 5 of the Counterclaim.

6. Agrizap admits that Woodstream contends there was no infringement of Agrizap's patent by Woodstream, and that a controversy has arisen in that regard.

7. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 7 of the Counterclaim.

8. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 8 of the Counterclaim.

**THEREFORE**, Agrizap prays judgment against Woodstream Corporation on the Woodstream Counterclaim, and asks this Court to award Agrizap its costs and attorneys' fees, as appropriate.

______________________________
**THOMAS S. FARNISH, ESQUIRE**
**LARRIMORE & FARNISH, LLP**
I.D. NO.: 34656
1800 JFK. Blvd., Suite 500
Philadelphia, Pennsylvania 19103
Phone: 215/209-8502
**KATE M. NEISWENDER**
**LAW OFFICE OF K.M. NEISWENDER**
I.D. No.: 133234
Post Office Box 24617
Ventura, California 93002
(805)649-5575
Attorneys for plaintiff

DATE: March 9, 2005

## CERTIFICATE OF SERVICE

I, **THOMAS S. FARNISH, ESQUIRE**, certify that a copy of the **ANSWER OF AGRIZAP, INC., TO COUNTER-CLAIM OF WOODSTREAM CORPORATION**, was mailed today with postage prepaid to:

Abraham Reich, Esquire
Theodore Jobes, Esquire
Fox, Rothschild, L.L.P.,
2000Market Street, 10th Floor
Philadelphia, PA 19103

Harvey B. Jacobson, Jr., Esquire
Phillip O'Neill, Esquire
Jacobson Holman, PC
400 Seventh Street, NW
Washington, DC 20004

**THOMAS S. FARNISH, ESQUIRE**
**LARRIMORE & FARNISH, LLP**
I.D. NO.: 34656
1800 JFK. Blvd., Suite 500
Philadelphia, Pennsylvania 19103
Phone: 215/209-8502

DATE: March 9, 2005