**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AGRIZAP, INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>WOODSTREAM CORPORATION, a Pennsylvania corporation, doing business as VICTOR PEST CONTROL, and DOES 1 through 50, inclusive,<br>Defendants. | : | CIVIL ACTION<br><br>No.: 04-CV-03925-RK |

**ANSWER OF AGRIZAP, INC., TO COUNTER-CLAIM OF WOODSTREAM CORPORATION DATED JUNE 2, 2005**

Plaintiff and Cross-Defendant AGRIZAP, INC. (hereinafter "Agrizap") hereby answers the Counterclaim filed by Defendant and Counterclaimant Woodstream Corporation on June 2, 2005, and expressly states that if any allegation of any paragraph of the Counterclaim is not specifically admitted or otherwise responded to it is denied:

ANSWER TO COUNTERCLAIM

1. Agrizap admits the allegations set forth in Paragraph 1 of the Counterclaim

2. Agrizap admits the allegations set forth in Paragraph 2 of the Counterclaim.

3. Agrizap admits the allegations set forth in Paragraph 3 of the Counterclaim.

4. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 4 of the Counterclaim.

5. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 5 of the Counterclaim.

6. Agrizap admits that Woodstream contends there was no infringement of Agrizap's patent by Woodstream, and that a controversy has arisen in that regard.

7. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 7 of the Counterclaim.

8. Agrizap denies, specifically and generally all of the statements set forth in Paragraph 8 of the Counterclaim.

THEREFORE, Agrizap prays judgment against Woodstream Corporation on the Woodstream Counterclaim, and asks this Court to award Agrizap its costs and attorneys' fees, as appropriate.

_"s/"_______________________________

Dated: June 20, 2005

Kate Neiswender
Attorney for Plaintiff

KATE M. NEISWENDER
LAW OFFICE OF K.M. NEISWENDER
Post Office Box 24617
Ventura, California 93002
voice: 805/649-5575
fax: 805/649-8188

THOMAS S. FARNISH
LARRIMORE & FARNISH
1800 JFK Boulevard, Ste. 500
Philadelphia, Pennsylvania 19103
phone: 215/567-2693
fax: 215/209-8510

Attorneys for Plaintiff
AGRIZAP, INC.