# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

AGRIZAP, INC.,

          Plaintiff,

    v.                                 Civil Action No. 04-CV-03925-RK

WOODSTREAM CORPORATION,

          Defendant.

## CONSENT ORDER TO MARK JUDGMENT SATISFIED, RELEASE SUPERSEDEAS BOND AND DISMISS ANY REMAINING CLAIMS

AND NOW, this 25th day of April, 2008, now that the Court of Appeals for the Federal Circuit has ruled on the appeal in this matter (CAFC No. 2007-1415, -1421), and the parties have stipulated and agreed that the judgment in this matter together with interest and costs have been fully satisfied and that Agrizap, Inc. waives its right to any further appeals, it is hereby

ORDERED that the judgment in this matter shall be marked SATISFIED.

It is further ORDERED that the supersedeas bond submitted to the Court by Woodstream Corporation pursuant to Fed. R. Civ. P. 62(d) on June 4, 2007, approved by the Court on June 22, 2007, and filed with the Clerk of Court on June 26, 2007 (docket number 250) is hereby RELEASED.

It is further ORDERED that any remaining relief sought, claims raised and matters disputed in this litigation, including any claims for sanctions, interest, attorneys' fees, or costs, shall be DISMISSED WITH PREJUDICE.

04/21/08  13:54 FAX 805 988 8387          NORDMAN, CORMANY, HAIR &                    ☑ 004

AGREED AND ACCEPTED:

_Joel Mark_

Joel Mark
NORDMAN CORMANY
        HAIR & COMPTON LLP
1000 Town Center Drive
Sixth Floor
Oxnard, CA 93036-1132
Tel.: (805) 988-8345
Fax: (805) 988-7745

Attorneys for Plaintiff
Agrizap, Inc.

_Theodore H. Jobes_

Theodore H. Jobes
(P.A. Attorney I.D. No. 62165)
FOX ROTHSCHILD LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
Tel.: (215) 299-2000
Fax: (215) 299-2150

And

Michael Slobasky
Philip L. O'Neill
Whitney N. Wilson
JACOBSON HOLMAN PLLC
400 Seventh St., N.W.
Washington, D.C. 20004
Tel.: (202) 638-6666
Fax: (202) 393-5350

Attorneys for Defendant
Woodstream Corporation

APPROVED AND ORDERED:

_Robert F. Kelly_

ROBERT F. KELLY, Sr. Judge

-2-